**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**BENEFIT AMERICA, LLC**                                                                                  **PLAINTIFF**

**v.**                                   **Case No. 4:14-cv-00446-KGB**

**UNIVERSAL FIDELITY LIFE INSURANCE CO.**                                              **DEFENDANT**

**ORDER**

Before the Court is the parties' stipulation for arbitration (Dkt. No. 4). The parties have stipulated that the Court should compel arbitration and stay all proceedings in this action pending the conclusion of arbitration. The parties have further stipulated that either party may apply to this Court for an order confirming the arbitration award.

Pursuant to 9 U.S.C. § 3, a court, "upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under [a written arbitration agreement], shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement." In accordance with the parties' stipulation, the Court orders arbitration of all claims in plaintiff's complaint to be administered by the American Arbitration Association, as provided in section J, paragraph six of the Master General Broker Agreement attached to plaintiffs' complaint and defendant's answer (Dkt. No. 2, at 9; Dkt. No. 3, at 14). Further, the Court stays this case and all proceedings in this action pending the conclusion of arbitration proceedings. The parties shall jointly submit a notice updating the Court on the status of this case no later than 10 days following the completion of arbitration. Either party may apply to this Court for an order confirming the arbitration award. It is further ordered that the Clerk of Court shall close this case for administrative purposes pending completion of the arbitration.

SO ORDERED this the 9th day of September, 2014.

_____
Kristine G. Baker
United States District Judge