IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BENEFIT AMERICA, LLC**                                                                                       **PLAINTIFF**

**v.**                              **Case No. 4:14-cv-00446-KGB**

**UNIVERSAL FIDELITY LIFE**
**INSURANCE COMPANY**                                                                                        **DEFENDANT**

## ORDER

Before the Court is defendant Universal Fidelity Life Insurance Company's ("UFL") motion to confirm arbitration award (Dkt. No. 7). Plaintiff Benefit America, LLC, has not filed a response in opposition to the motion, and the time for responding to the motion has passed. For good cause shown, the Court grants the motion to confirm arbitration award and dismisses with prejudice all claims brought by plaintiff in this action.

SO ORDERED this 30th day of October, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE